**John B. GARTNER, Appellant**

v.

**UNITED STATES of America.**

No. 07–2344.

United States Court of Appeals,
Third Circuit.

Submitted Pursuant to Third Circuit
LAR 34.1(a) Dec. 20, 2007.

Opinion filed Jan. 9, 2008.

John B. Gartner, Tucson, AZ, pro se.

Janet A. Bradley, Andrea R. Tebbets, United States Department of Justice Tax Division, Washington, DC, for Appellee.

Before: SLOVITER, BARRY and WEIS, Circuit Judges.

OPINION

PER CURIAM.

Appellant John B. Gartner appeals *pro se* the district court's denial of his petition to quash two Internal Revenue Service (IRS) third-party recordkeeper summonses. We have jurisdiction over this appeal under 28 U.S.C. § 1291. *Moutevelis v. United States*, 727 F.2d 313, 314 (3d Cir. 1984) (citing 26 U.S.C. § 7609(h)(1)).

Under 26 U.S.C. § 7601, the Secretary of the Treasury is directed to make inquiries of every person who may be liable to pay tax. Further, under 26 U.S.C. § 7602, the Secretary is vested with the authority to issue summonses in order to fulfill the Secretary's investigatory obligation. These summonses include third-party recordkeeper summonses which may be issued to banks and credit unions, among other entities. *See* 26 U.S.C. § 7609.

Upon review of the record and the parties' briefs, we find no reversible error in the district court's denial of Gartner's petition to quash.

Accordingly, we will affirm the District Court's order entered April 20, 2007.